# ATTACHMENT 1

FILED/REC'D

2026 AUG -4 P 2: 32

CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

# COMPLAINT FORM

(for non-prisoner filers without lawyers)

## IN THE UNITED STATES DISTRICT COURT

FOR THE _Western_ DISTRICT OF _Wisconsin_

(Full name of plaintiff(s))

_Sir Knight Jacob Helm_

_International Order of The Red Cross_

_Aka 'Sir knight Hollywood Sansing_

vs

(Full name of defendant(s))

_Amy Aiken_

Case Number:

_26-cv-716-jdp_

(to be supplied by clerk of court)

## A.    PARTIES

1.    Plaintiff is a citizen of _Wisconsin_ and resides at
(State)

_615 East Washington Street Madison, WI 53703_
(Address)

(If more than one plaintiff is filing, use another piece of paper).

2.    Defendant ___Amy    Aiken   (En person am)___
(Name)

is (if a person or private corporation) a citizen of ___person    Wos Coasch___
(State, if known)

and (if a person) resides at ___615    East   Washington   ST; Madison WI___
and Can be Served @ 7    (Address, if known) 53703

and (if the defendant harmed you while doing the defendant's job)

worked for ___The Beacon Homless   and   Veterans___
Christian Emergency Releif    (Employer's name and address, if known)
Center   for   the; wounded, Sick and Shipwrecked
(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

On or around the date(s) of 6-16-2026 and on the date of 6-26-2026 Ms Amy Aiken ~~targeted~~ targeted and perseated myself and; (has been targeting and perseating myself and others) homless, veterans, and the wounded Sick and Ship wrecked.) I'm not entirely Sure of her motivations for such psychobatic behavior? On the date of 6-26-2026 Ms Amy Aiken Chose to target and persecute Mr Helm, Jacob a war veteran and homless person.

She then isolated myself and choose to have me removed from the Becon Emergency Relift Center. She targett myself; a homeless war veteran without any decent regard for the fact that I need and require these Services. She threw me out into the cold rain, without food, shelter, showers. Then she notified me and Staff that she stole from Mr Helm a homeless war veteran. She when asked would not return the stolen property that she stole from Mr Helm; ① a Blue Book on legislation and law, ② A College level Book on politics, ③ a Set of military oparctional Support Specalist cutlery (not a weapon),. 45 for food. But Mr Helm digresses. farthermore; we notified and contacted the local Greater Madison Wisconsin Area peace officers non-emergency number to report the Intentional Humanitarian Crimes of targeting and persecution(s) Homeless war Veterans and the theft on top of it. Ms Amy Aiken did these atrocious International Crimes without any regard

Continued —7

(cont.) that these Homeless, wounded Sick and Shipwrecked.
need these Services; Services that, they, we, pay for.

UN- DHS- DOD - FBI- log  6- 29- 2026
HSH                          @ 1728 hrs

Wolfgang Armand
Handsen and US
political - military - Support
Specialist

C.    JURISDICTION

[✓]    I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ]    I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.    RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

$300,000⁰⁰ (USD) also declaratory judgments and sanctions requiring MS. Amy Aiken to be permanently forbidden from working with homeless people and employment at the Beacon Homeless Shelter - "for the wounded sick and shipwrecked. Also; a temporary / permanent tel-1/tier2 restraining order against MS Amy Aiken.

HSP

6-29-2026
@ 1931 LS

E.    JURY DEMAND

☒  Jury Demand - I want a jury to hear my case

OR

☐  Court Trial – I want a judge to hear my case

Dated this **29** day of **June** 20**26**.

Respectfully Submitted,

_____
Signature of Plaintiff

**13102217965**
Plaintiff's Telephone Number

**Hollywoods Royal Blood 3321@Gmail.Com**
Plaintiff's Email Address

**615 East Washington Street**

**Madison Wisconsin 53703**
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Attachment One (Complaint) – 5